# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :   Chapter 13
    Zyheem Miller                     :
        Debtor(s)                    :
                                     :   Bankruptcy No. 16-10257-MDC

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor, Zyheem Miller, by his attorney, Mike Gumbel, Esq., has filed an Objection to the Proof of Claim you filed in this Bankruptcy Case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection, scheduled to be held before the Honorable Magdeline D. Coleman on Thursday, October 6, 2016, at 11:00 A.M., in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

Date: September 1, 2016          /s/ Mike Gumbel_____
                                                   MIKE GUMBEL, ESQUIRE
                                                   Attorney for Debtor
                                                   850 S. 2nd Street
                                                   Philadelphia, PA 19147
                                                   (215) 592-1899
                                                   (215) 592-8868 (Fax)