United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Zyheem Miller
    Debtor

Case No. 16-10257-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: John　　　Page 1 of 1　　　Date Rcvd: Sep 29, 2016
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
```
db            +Zyheem Miller,    156 Wildwood Avenue,    Lansdowne, PA 19050-2634
13660420       Comenity Capital,    PO Box 18120,    Columbus, OH 43218
13661153      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13660421      +Credit Acceptance Corp,    PO Box 5070,    Southfield, MI 48086-5070
13755268      +U.S. BANK NATIONAL ASSOCIATION,    (TRUSTEE FOR PA HOUSING FINANCE AGENCY),
                c/o JOSHUA ISAAC GOLDMAN,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13755198      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 30 2016 01:46:37     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2016 01:45:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 30 2016 01:46:24     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13660419      +E-mail/Text: EBNProcessing@afni.com Sep 30 2016 01:46:18     AFNI,    PO Box 3097,
                Bloomington, IL 61702-3097
13660422      +E-mail/Text: creditonebknotifications@resurgent.com Sep 30 2016 01:45:38     Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
13660423      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2016 01:46:52     Metabank/Fingerhut,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
13660424      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2016 01:46:09     Midland Funding,
                8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
13660425      +E-mail/Text: blegal@phfa.org Sep 30 2016 01:46:12     PA Housing Finance Agency,
                2101 N. Front Street,    Harrisburg, PA 17110-1086
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13660426      ##+RJM Acquisitions,    575 Underhill Blvd,    Ste 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MICHAEL GUMBEL    on behalf of Debtor Zyheem  Miller mgumbel@bainbridgelawcenter.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| Zyheem Miller | : | |
| **Debtor(s).** | : | **Bankruptcy No.** 16-10257 -MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW,** upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

    7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 9/28/16

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE