**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Zyheem Miller | : | |
|       Debtor(s) | : | |
| | : | Bankruptcy No. 16-10257-MDC |

**CERTIFICATION OF NO OBJECTION**

I hereby certify that no objection to Counsel's Application for Compensation has been filed.

I further certify that no other applications for administrative expenses have been filed.

          /s/ Mike Gumbel
          MIKE GUMBEL, ESQ.
          Attorney for Debtor(s)
          Identification No. 209050
          Bainbridge Law Center
          850 South 2nd Street
          Philadelphia, PA 19147
          215-592-1899

Date: 10/21/16